# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.1)
### Eastern Division

Birkenstock US BidCo, Inc.

           Plaintiff,

v.           Case No.: 1:24−cv−05621

           Honorable Martha M. Pacold

The Partnerships and Unincorporated Associations Identified on Schedule A, et al.

           Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, November 13, 2024:

    MINUTE entry before the Honorable Martha M. Pacold: The court has reviewed plaintiff's status report, and adopts parties' proposed briefing schedule [74]. Plaintiff's response brief is due 12/3/24. Defendant no. 4 Jiangsu Happy Textile Co., Ltd.'s reply brief, if any, is due 12/17/24. Mailed notice. (jn,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.